# Ron Schnell



**Executive Profile**

Accomplished executive with a history of running large technology organizations, from early stage startups to large divisions of S&P 500 corporations. Recent history of running a corporation specializing in auditing and enforcing Microsoft's compliance with the Consent Decree in US v. Microsoft.  Experienced litigation expert, certified as an expert in state and federal courts.  Strategic consultant and forward-thinking technology architecture expert, with a unique understanding of both the low-level "bits" as well as the business implications.

**Skill Highlights**

- Highly successful manager of technical people, with a proven track record of increasing output and quality
- 30+ years of experience in technology
- 25+ years of management experience
- 20+ years of executive experience
- Founded 3 startups, one with buyout by public company
- Early architect of UNIX Operating Systems and matters of data and system security and privacy

- Adjunct Professor of Computer Science at Nova Southeastern University
- Lectures regularly at several Universities, as well as Fortune 50 companies on a variety of topics
- Highly skilled in reverse engineering and source code analysis
- Knowledge and coding experience of most computer languages, including many assembly languages

**Professional Experience**

**Director**
September 2013 – Present
**Berkeley Research Group –** Washington, DC

Testifying and consulting expert in technology-involved matters, including intellectual property, software license, source code analysis, source code comparison, board and executive strategic consulting.

**President**
February 2005 – Present
**Quogic, Inc.** – Ft. Lauderdale, FL

Perform per-project consulting for corporate clients, which have included:
**Intel Corporation** (via Berkeley Research Group) – Board/executive level strategic consulting
**AEther, LLC** – Inflight entertainment system architecture and development
**Virgin America Airlines** – Inflight entertainment  system architecture

**BidKind, LLC** – Charity auction site architecture and development management
**HockeyTech, Inc.** – Sports management software architecture and development
Several law firms as testifying and consulting expert witness


**Professor of Computer Science, Board Member: Graduate School of Computer Science**
August 2013 – Present
**Nova Southeastern University,** Ft. Lauderdale, FL

Classes in Cyber Security and Operating Systems

**President**
August 2012 to August 2013
**Invenstar, LLC** – Boca Raton, FL (Also CTO of affliated company, TouchSuite)

Ran day-to-day operations of hardware and software manufacturing company in the point-of-sale space for retail establishments.  Architected cloud-based point-of-sale system and managed team of developers.  Was responsible for development for hardware point-of-sale system, as well as server-based web service API for credit card processing.

**General Manager - Chief Executive**
May 2005 to August 2011
**Technical Committee** – Bellevue, WA and Palo Alto, CA

Ran day-to-day operations (as chief executive) of private, non-profit Corporation ordered to be formed by the United States Courts. This Corporation was tasked with monitoring Microsoft Corp., ensuring their compliance with the Final Judgments in the US v. Microsoft/NY v. Microsoft antitrust case filed in 1998. Daily interaction with Microsoft executive and senior staff, Microsoft competitors and partners, Attorneys General/Deputies for multiple states, Assistant Attorneys General for the United States, and representatives from other countries. Approved budget in support of 60+ people, directed senior staff, including program managers, engineering managers, office managers. Directed projects in support of the Final Judgment, including engineering projects such as experimental implementation of Microsoft proprietary protocols, large-scale data capture at wire speed, analysis of protocol documentation. Was responsible for responding to potential complaints from 3rd parties

**Vice President**
April 2002 to January 2005
**Equifax Corporation** – Boca Raton, FL

Head of software development, network relations, privacy and data security, new product development, and data enhancement delivery technology for the Internet Marketing division of Equifax, at the time a 105-year-old company. Was responsible for architecting software products, B-to-B processes, and assigning personnel. Responsible for long-term planning for strategy and expenditures. Interfaced with key people at vendors, clients, and service providers. Oversaw integration of major corporate acquisitions, creating efficiencies in technologies and personnel.  Created partnerships and was liaison with companies including AOL, Yahoo, and Microsoft. Headed team that coordinated data enhancement of client databases, and delivered enhanced data to those clients. Implemented processes, quality controls, project planning and client interfaces by technical staff. Chairperson of committee that made decisions on types of marketing accepted, approval for types of clients/messages, and responses to complaints.

Performed integration of several acquired companies, including technical integration as well as integration of staff and other efficiencies of scale.  Spoke on behalf of Equifax at the Federal Trade Commission (FTC) on *spam* and anti-spam technology.

**Senior Vice President, Chief Technology Officer**
February 2000 to February 2002
**Voice and Wireless Corp** – Minneapolis, MN

Responsible for all technology decisions for the public company that acquired Mail Call, Inc. in 2000. Made product decisions, architected product enhancements, and recommended technology direction. Oversaw acquisitions of other technology companies. Participated in due diligence for potential acquisitions, and interfaced with other potential buyers of technology. Spoke at shareholder meetings and other shareholder events.

**Founder, President, Chief Technology Officer**
May 1997 to February 2002
**Mail Call, Inc.** – Pembroke Pines, FL

Founder of corporation providing a service to business consumers, allowing them to retrieve and manage their E-Mail over the phone. Performed project design, project management, data privacy and security, all software programming and testing. Negotiated contracts with all partners, including GTE, Verizon, Concentric Networks, Net2Phone, IDT, Earthlink, Casio, Knight-Ridder, T-Mobile (Voicestream) and others.  Managed all staff.  Implemented exit strategy by negotiating buyout by Voice and Wireless Corp.

**President**
February 1994 to January 2003
**Driver Aces, Inc** –Miami, FL

President of corporation specializing in developing device drivers for the UNIX operating system. Performed project design, project management, driver design, driver authoring, driver testing, customer contact, sales, and staff management. Customers included Sun Microsystems, IBM, Digital Equipment, SCO, Lucent Technologies, and others. Drivers were for high-speed networking devices, including fast Ethernet, token-ring, and fiber-optic, SCSI devices, RAID controllers, serial devices, parallel devices, and pseudo-devices.  Managed staff of developers.

**Consultant - Kernel Programmer**
January 1992 to June 1995
**Sun Microsystems** – Los Angeles, CA

Worked in the Peripherals Engineering group, Multiprocessor group, and Device Driver group. Was responsible for various programming and testing on Solaris 2.1, 2.4, 2.5, and 2.5.1. Wrote kernel and driver code for Solaris x86, Sparc, and PowerPC. Performed bug-fixing, authoring of system software, kernel enhancement, and device driver authoring for high-performance network and serial drivers. Was responsible for development of device driver porting kit. Wrote a book entitled Solaris 2.1 Guide to Porting SVR4.0 Device Drivers for x86. Worked with Independent Hardware Vendors on getting device drivers ported to Solaris. Re-wrote existing network drivers to improve network performance and to add multiprocessor/multithreaded functionality.

**Principal Member of Technical Staff**
September 1991 to December 1992
**Encore Computer Corp.** – Ft. Lauderdale, FL

Worked on new massively parallel hardware, developing UMAX V in the kernel development group. Developed device drivers for new memory cards, fixed kernel bugs, worked in a team implementing RPC system, and worked on tcp/ip network code for use on a proprietary network.

**Founder, President**
March 1990 to June 1991
**Secure Online Systems, Inc.** – Los Angeles, CA

President and founder of a software company that developed and marketed system management software for UNIX, specializing in data security. Designed packages, then managed development project. Investigated strategic relationships in order to create channels of distribution. Managed office staff including programming and marketing. Designed and oversaw creation of product brochures. Wrote new device drivers, kernel modifications, applications in X-windows including Motif, TCP/IP applications, database applications, and screen management routines.

**Consultant - Development manager and kernel programmer**
September 1988 to February 1990
**IBM Corp.** – Los Angeles, CA

Worked on AIX/370 and AIX PS/2. Was site lead architect and made many design decisions affecting the end product. Worked on kernel, commands, customer support, and applications. Supervised 15 programmers and testers who reported directly to me. Implemented new device drivers, fixed many bugs, made changes to TCP/IP layer, hired new employees, made OS POSIX compliant, and taught several classes. Also worked on internals of TCF (transparent computing facility) on site at Locus Computing Corporation.

**Consultant - Kernel Programmer**
May 1987 to September 1988
**AT&T Bell Laboratories** – Summit, NJ

Worked on the UNIX project, developing UNIX System V release 4.0, in kernel development group. Developed new "filesystem independent boot" feature and a new filesystem type; fixed performance, security, and fault types of bugs in UNIX kernel; wrote a new hard disk device driver; oversaw software development contracted out to remote sites; acted as a mentor to new employees; was part of the design and architecture teams dealing with firmware and machine diagnostics; and interacted directly with Sun Microsystems on joint software development.

**Academia and Education**

| | |
|---|---|
| **Syracuse University** | Master of Science, Computer Science |
| **Nova Southeastern University** | Professor of Computer Science (present) |
| | Board, Graduate School of CS (present) |
| **YPO Palm Beach** | Education Chair, Vice Chapter Chair |
| **YPO Southeast US and Caribbean Region** | Education Chair (present) |

**Personal Information**

- Instrument rated pilot for 25 years; donates pilot time and aircraft to Angel Flight
- Arbitrator since 2000 for the state of Florida, hearing and deciding cases several times a month, usually for the Lemon Law
- Wrote freeware text adventure game that ships with all modern versions of the UNIX Operating System, including Mac OS
- Captain – US Polo Bears – International Segway Polo Team

**Legal Cases for which I was an expert:**

Microstrategy Services Corporation v. Openrisk, LLC  1:14-cv-01244 (Eastern District of Virginia)*

Cincinnati Insurance Company v Actuate Corporation 1:12-cv-00338 (Ohio)*

Shirmel Gumbs-Heyliger v. Military Personnel Services, Corp.1:2010-cv-00072 (US Virgin Islands)*

Couple Up Plus LLC v. SDSOL Technlogies, LLC.  AAA Case No. 01-14-0001-3682*

Advanced Dentistry of Plantation, P.A. v. Brown & Brown of Florida, Inc. CACE15007317 (05) 17th Judicial Circuit, Broward County, FL*

Angella Fenderson vs. United Automobile Insurance Company 10-29481(21) 17th Judicial Circuit, Broward County, FL

Burleigh Point, Ltd. vs. Jon Heindel, et al.

The Mount Sinai Hospital v. Attachmate Corporation, United States District Court Southern District of New York

Acronis, Inc. v Lucid8, LLC 1:2011-cv-10772 (Massachusetts)

Clancy v. Atrius Health (Massachusetts)

Samuel Michael Keller v. Electronic Arts, Inc.; National Collegiate Athletic Association; and Collegiate Licensing Company 4:09-cv-01967-CW (California)

XTEC, Incorporated vs. Hembree Consulting Services, Inc., and Larry Hembree 14-2109-CIVIL US District Court, Southern District of Florida, Miami Division

Enterprise v. Apple Inc., CA. No. 14-00765 (Delaware)

* = Testified at deposition and/or trial/arbitration

**Additionally, I ran the organization that was the "monitor" in two cases for the following cases:**

United States of America v Microsoft Corporation 1:98-cv-01232 (District of Columbia), and New York et al v. Microsoft Corporation 1:98-cv-01233 (District of Columbia)

**I testified at deposition for the following case as a non-expert:**

Staci Lee Schnell v. Continental Airlines  2:2010-cv-00811  (Washington)

**Publications:**

Hacking 101: Using Social Engineering Increases Security Attack Effectiveness, Coast Guard Journal of Safety & Security at Sea, Proceedings of the Marine Safety & Security Council.  Barbara Chiarizia and Sarah K. Webster, ed., Volume 71, Number 4

Taking Control of Air Traffic Control, Plane & Pilot Magazine, October 2001

New York Blackout, Mooney Style: My Personal Black-Out Experience, Mooney Pilot Magazine, September 2003

Talk to your Home, Popular Home Automation Magazine, September 1997

# Ron Schnell

**EXPERT EXPERIENCE**

*****Microstrategy Services Corporation** v. Openrisk, LLC (**Robbins, Russell, Englert, Orseck, Untereiner & Sauber**) 1:15-cv-01451 (Eastern District of Virginia) (Misappropriation of trade secret/copyright)

*****Microstrategy Services Corporation** v. Openrisk, LLC (**Robbins, Russell, Englert, Orseck, Untereiner & Sauber**) 1:14-cv-01244 (Eastern District of Virginia) (Misappropriation of trade secret/copyright)

*Cincinnati Insurance Company v **Actuate Corporation** (**Tucker Ellis LLP**) 1:12-cv-00338 (Southern District of Ohio) (Software licensing)

*Shirmel Gumbs-Heyliger v. **Military Personnel Services, Corp**. (**Sanford Amerling & Associates**) 1:2012-cv-00078 (US Virgin Islands) (Wrongful termination)

*****Couple Up Plus LLC** v. SDSOL Technlogies, LLC. (**Astigarraga Davis**) AAA Case No. 01-14-0001-3682 (Software contract breach)

*****Advanced Dentistry of Plantation, P.A.** v. Brown & Brown of Florida, Inc. (**Schulman Law Group**) CACE15007317 (05) 17th Judicial Circuit, Broward County, FL (Insurance - cause of loss - computer failure)

*****Kim Peter Tillman** v. Advanced Public Safety, Inc. and Trimble Navigation Limited (**Gunster**) 9:2015-81782 (Southern District of Florida) (Software - Whistleblower Act)

**Paysys International, Inc.** v. ATOS SE Worldwide SA, et al (**Sutherland Asbill & Brennan)** 14-CV-10105-SAS (Southern District of New York) (Misappropriation of trade secret/copyright)

**Angella Fenderson** vs. United Automobile Insurance Company (**Douglas P. Johnson**) 10-29481(21) 17th Judicial Circuit, Broward County, FL (Database forensics)

**Burleigh Point, Ltd.** vs. Jon Heindel, et al. (**Paul Hastings LLP**) 30-2014-00725137 Superior Court of the State of California (Software Contract Breach)

**The Mount Sinai Hospital** v. Attachmate Corporation (**Wiggin and Dana LLP)** (Southern District of New York) (Software license breach)

Acronis, Inc. v **Lucid8, LLC** (**Lee & Hayes**) 1:2011-cv-10772 (Massachusetts) (Misappropriation of trade secret)

Advanced Instructional Systems, Inc. v. **Competentum USA LTD** et al (**The Garden Law Firm)** 1:15-cv-00858 (North Carolina Middle District) (Misappropriation of trade secret)

Clancy v. **Atrius Health** (**Lee & Hayes**) (Massachusetts) (Medical malpractice, database forensics)

**Samuel Michael Keller** v. Electronic Arts, Inc.; National Collegiate Athletic Association; and Collegiate Licensing Company (**Labaton Sucharow**) 4:09-cv-01967-CW (Northern District of California) (Computer gaming consulting)

XTEC, Incorporated vs. **Hembree Consulting Services, Inc., and Larry Hembree** (**Carlton Fields Jordan Burt**) 1:2014-21092 (Southern District of Florida) (Misappropriation of trade secret/copyright)

Enterprise v. **Apple Inc.**, (**Ropes & Gray LLP**) CA. No. 14-00765 (Delaware) (Patent IPR)

Polydyne Software, Inc. v **Celestica International, Inc.** (**Norton Rose Fulbright**) 1:14-cv-797-LY (Western District of Texas) (Misappropriation of trade secret)

**Marco's Franchising, LLC** v. Pandera Systems (**Eastman & Smith LTD**) PLLC CI0201503228, Court of Common Pleas of Lucas County, Ohio (Software contract breach)

Motio, Inc. v**. BSP Software LLC, Brightstar Partners, Inc., Avnet, Inc., Andrew Rachmiel, Andrew Weiss, and Neil Morgan** (**Andrews Kurth LLP**) 3:16-cv-00331-O (Northern District of Texas) (Misappropriation of trade secret)

United States of America v. **Sinovel Wind Group Co., LTD, Su Liying, Zhao Haichun, and Dejan Karabasevic** (**Alston & Bird**) 3:2013-cr-00084 (Wisconsin) (Theft of trade secret, economic espionage)

United States of America v. **Jiaqiang Xu** (**Alston & Bird**) 7:2016-cr-00010 (Southern District of New York) (Theft of trade secret, economic espionage)

Additionally, I ran the organization that was the "monitor" for the following cases: **United States of America** v Microsoft Corporation 1:98-cv-01232 (District of Columbia), and **New York et al** v. Microsoft Corporation 1:98-cv-01233 (District of Columbia)

---

[*] Testified at trial, arbitration, or deposition