

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

September 5, 2017

Honorable Stephen L. Crocker
United States Magistrate Judge
Western District of Wisconsin
120 North Henry Street, Fifth Floor
Madison, Wisconsin 53703

    Re:    *United States v. Sinovel Wind Group Co., Ltd., et. al.*
            Case No.: 13-cr-00084-jdp

Dear Judge Crocker:

    The United States learned that Michael Brown, one of five Alston and Bird attorneys listed on the docket as representing Sinovel, was nominated on July 13, 2017, to serve as a U.S. District Judge in the Northern District of Georgia. Congratulations to Mr. Brown. While the confirmation process is unpredictable, the Alston and Bird firm has likely been aware of Mr. Brown's application for some time and it has more than 800 lawyers. As there are six months between the nomination and the January 8, 2018 trial – a trial that was continued twice (R. 157 and 264) – and the victim has already waited more than four years, the United States will vigorously oppose any further continuances. The U.S. is available to discuss the issue if the Court or Sinovel believes it is necessary to do so.

                                  Respectfully submitted,

                                  JEFFREY M. ANDERSON
                                Acting United States Attorney

                    By: _____/s/_____
                                TIMOTHY M. O'SHEA
                                Assistant United States Attorney

cc    Michael L. Brown, Esq.
       Jeffrey E. Tsai, Esq.
       Adrien Plescia Lynch, Esq.