

# Breach-related losses plus attorney fees responding to Sinovel subpoenas and demands

| | |
|---|---|
| Accounts Receivable | $108.7 million |
| Amount Sinovel contracted to pay for March 2011 shipments | $68.2 million |
| AMSC purchase order commitments to fulfil Sinovel contracts | $40.3 million |
| AMSC lost profit on remaining core component and development contracts | $296.2 million |
| AMSC "work in process" inventory and raw materials purchased to fulfil Sinovel contracts | $24.2 million |
| AMSC legal fees to respond to Sinovel subpoenas and demands in U.S. criminal case | $300,000 |
| | **$537.9 million** |